1

2

3

4

5

6

7

8                 **IN THE UNITED STATES DISTRICT COURT**

9             **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   VICTOR MURILLO,                 No. CIV S-07-1144-WBS-CMK-P

12            Petitioner,

13      vs.                    <u>ORDER</u>

14   R.J. SUBIA, et al.,

15            Respondents.

16   _____/

17          Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of

18 habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner has not, however, filed an application to

19 proceed in forma pauperis or paid the required filing fee.  <u>See</u> 28 U.S.C. §§ 1914(a), 1915(a).

20 Petitioner will be provided the opportunity to submit either a completed application to proceed in

21 forma pauperis or the appropriate filing fee.  Petitioner is warned that failure to comply with this

22 order may result in the dismissal of this action.  <u>See</u> Local Rule 11-110.

23          Accordingly, IT IS HEREBY ORDERED that:

24          1.      Petitioner shall submit on the form provided by the Clerk of the Court,

25 within 30 days from the date of this order, a complete application for leave to proceed in forma

26 pauperis, or the appropriate filing fee; and

1

Dockets.Justia.com

2.     The Clerk of the Court is directed to send petitioner a new form

Application to Proceed In Forma Pauperis By a Prisoner.

DATED:   June 19, 2007.

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

2